FILED
GREGG COUNTY, TEXAS

JUL 21 2015

_____ O'CLOCK _____ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

NO. 44069-B

| | | |
|---|---|---|
| KEITH WILLIAM BENNETT, **APPELLANT** | § | IN THE DISTRICT COURT |
| | | 6th COURT OF APPEALS |
| | | TEXARKANA, TEXAS |
| VS. | § | 124TH JUDICIAL DISTRICT |
| | | DEBBIE AUTREY |
| THE STATE OF TEXAS, | | Clerk |
| **APPELLEE** | § | GREGG COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES KEITH WILLIAM BENNETT, who was Defendant in the above styled and numbered cause, by and through his counsel, EBB B. MOBLEY, the trial court having granted permission to appeal, and files this notice that he wishes to appeal from the conviction to the Sixth Court of Appeals on errors raised by written motion and ruled on before trial and on errors arising during and subsequent to trial.

Sentence was imposed on July 17, 2015, and this written Notice of Appeal is filed with the Clerk of this Court within 30 days of that date.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX 75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

/s/ EBB B. MOBLEY
EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000

# EBB B. MOBLEY
## ATTORNEY AT LAW
### 422 NORTH CENTER STREET - LOWER LEVEL
### P. O. BOX 2309
### LONGVIEW, TEXAS 75606
### TELEPHONE: (903) 757-3331
### FAX: (903) 753-8289

July 21, 2015

F I L E D
GREGG COUNTY, TEXAS

JUL 21 2015

_____ O'CLOCK ___ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ ,DEPUTY

Tina Campbell
Gregg County Court Reporter
124th Judicial District Court
101 East Methvin, Suite 447
Longview, Texas 75601

RE:     Cause No. 44069-B
         State v. Keith William Bennett

Dear Ms. Campbell:

I have been appointed to represent the above Appellant on his appeal. I need a complete Reporter's Record of this case, including all pre-trial hearings, arguments of counsel, voir dire of the jury, and any exhibits entered into the record.

Thank you for your attention to this matter.

Very truly yours,

Ebb B. Mobley

/kk

cc:     Mr. Carl Dorrough
        Gregg County District Attorney
        101 East Methvin, Suite 333
        Longview, Texas 75601

        Ms. Barbara Duncan
        Gregg County District Clerk
        101 East Methvin, Suite 334
        Longview, Texas 75601

        Mr. Keith William Bennett
        Gregg County Jail
        101 East Methvin, Suite 635
        Longview, Texas 75601

## NO. 44069-B

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| VS. | § | 124TH JUDICIAL DISTRICT |
| KEITH WILLIAM BENNETT | § | GREGG COUNTY, TEXAS |

FILED
GREGG COUNTY, TEXAS

JUL 21 2015

_____ O'CLOCK _____ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____DEPUTY

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW KEITH WILLIAM BENNETT, Defendant, by and through his appointed attorney for appeal, and files this Motion for New Trial in this case.

I.

Defendant would show the Court that there has been material error committed that is calculated to injure the rights of Defendant.

II.

Defendant would show the Court that both the guilt/innocence verdict and the punishment verdict are contrary to the law and the evidence in the case.

III.

Defendant would show the Court that the sentence is so disproportionate as to constitute cruel and unusual punishment in violation of the Texas and U. S. Constitutions. The trial court exhibited bias in failing to consider the entire range of punishment.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion for New Trial be set for hearing, and, upon hearing, that the Court grant him a new trial.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX 75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

/s/ EBB B. MOBLEY
EBB B. MOBLEY
Attorney for Defendant
State Bar License # 14238000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing motion was forwarded to the office of Zan Colson Brown, Gregg County Assistant District Attorney, 101 East Methvin, Suite 333, Longview, Texas 75601, on this the ___ day of July, 2015, by efile.

/s/ EBB B. MOBLEY
EBB B. MOBLEY

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | 124TH JUDICIAL DISTRICT |
| KEITH WILLIAM BENNETT | § | GREGG COUNTY, TEXAS |

**DESIGNATION OF RECORD ON APPEAL**

FILED
GREGG COUNTY, TEXAS
JUL 21 2015
___ O'CLOCK ___ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, KEITH WILLIAM BENNETT, and submits this Designation of Record on Appeal, and requests that the following items be contained in the record of this appeal:

1. A complete Reporter's Record of the trial of this cause, the <u>voir dire</u> examination of the jury, the final argument of counsel, any pre-trial or post-trial hearings, or any other matters connected with this case where the court reporter was present and transcribing the proceedings.
2. The indictment.
3. Any special pleas and motions of the Defendant and motions of the State.
4. Any written waivers.
5. Court's docket sheet.
6. Charge of Court on both guilt or innocence and punishment.
7. Any special requested charges submitted by the Defendant.
8. The verdict of the jury.
9. Court's Findings of Fact and Conclusions of Law.
10. Court's judgment and sentence.
11. Motions for New Trial.
12. Notice of Appeal.
13. Letter to court reporter requesting preparation of Reporter's Record.
14. Any notes from the jury and the Court's responses thereto.
15. All exhibits.
16. All juror information sheets and information on peremptory strikes.
17. Any other matter contained within the Court's files.
18. Any order appointing a visiting or retired Judge to preside on this case.
19. Any presentence investigation prepared for and used in this case.
20. Trial Court's Certification of Defendant's Right of Appeal.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that these matters be contained within the record of this appeal.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX 75606
Telephone: (903)757-3333
Facsimile: (903) 713-8289
ebbmob@aol.com

/s/ EBB B. MOBLEY
EBB B. MOBLEY
Attorney for KEITH WILLIAM BENNETT
State Bar License # 14238000

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing was forwarded to the office of Zan Colson Brown, Gregg County Assistant District Attorney, 101 East Methvin, Suite 333, Longview, Texas 75601, on this the ___ day of July, 2015, by efile.

/s/ EBB B. MOBLEY
EBB B. MOBLEY, Counsel for Defendant